UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND A. SPIKES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GISELLE MATTESON,<br><br>　　　　Respondent. | Case No. 22-cv-07293-HSG<br><br>**ORDER OF DISMISSAL** |

On or about November 17, 2022, Plaintiff filed this *pro se* petition for a writ of habeas corpus. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because Plaintiff had not paid the filing fee or filed an application to proceed *in forma pauperis*. Dkt. No. 2. Plaintiff was instructed to respond within twenty-eight days of the date of the order. Dkt. No. 2. The deadline has passed, and Plaintiff has neither paid the filing fee nor filed an application to proceed *in forma pauperis*, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must be accompanied by either the filing fee or an *in forma pauperis* application on the proper form with the required supporting documents. The Clerk shall enter judgment in favor of Respondent and close the file.

**IT IS SO ORDERED.**

Dated: 2/13/2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge